## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABIOMED, INC. and ABIOMED EUROPE GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>ENMODES GmbH and TIM KAUFMANN,<br><br>Defendants. | Case No. 1:23-cv-10087 |

## CORPORATE DISCLOSURE STATEMENT

Defendant Enmodes GmbH hereby certifies that, pursuant to Fed. R. Civ. P. 7.1, Enmodes GmbH's parent company is LungShield Holding Ltd. The parent company of LungShield Holding Ltd. is LifeShield Medical. The parent company of LifeShield Medical is Traderstone GmbH. The People's Insurance Company of China Ltd. is a publicly traded company with over 10% interest in Enmodes GmbH.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 13, 2023 | DEFENDANT ENMODES GmbH |
|  | By their attorney, |
|  | ICE MILLER LLP |
|  | /s/ Carolyn E. Riggs<br>Carolyn E. Riggs, BBO# 685401<br>One American Square<br>Suite 2900<br>Indianapolis, IN  46282-0200<br>(317) 236-2100<br>carolyn.riggs@icemiller.com |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 13, 2023, I caused a true and correct copy of the foregoing *Corporate Disclosure Statement* to be electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in the above-captioned matter.

I further certify that I sent the foregoing document and the notice of electronic filing by e-mail and first class U.S. Mail to:

Joseph Stanganelli
Barclay Damon LLP
160 Federal Street, Suite 1001
Boston, MA 02110
jstanganelli@barclaydamon.com

Keith R. Hummel
Benjamin Gruenstein
Retley G. Locke, Jr.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
khummel@cravath.com
bgruenstein@cravath.com
rlocke@cravath.com

                                            */s/ Carolyn E. Riggs*
                                            Carolyn E. Riggs

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100
carolyn.riggs@icemiller.com