UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABIOMED, INC. and ABIOMED EUROPE GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> ENMODES GmbH and TIM KAUFMANN, <br><br> Defendants. | Case No. 1:23-cv-10087 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Abiomed, Inc., states that Johnson & Johnson, a publicly held corporation, is its parent corporation, and no other publicly held corporation owns 10% or more of its stock.

Dated: January 19, 2023

                                              Respectfully submitted,

                                              ABIOMED, INC.,

                                              By its attorneys,

                                              */s/ Joseph L. Stanganelli*
                                              Joseph L. Stanganelli, BBO #628958
                                              Barclay Damon LLP
                                              160 Federal Street, Suite 1001
                                              Boston, Massachusetts 02110
                                              Tel: (617) 274-2900
                                              Fax: (617) 722-6003
                                              jstanganelli@barclaydamon.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on January 19, 2023, I caused a true and correct copy of the foregoing instrument, with all exhibits, to be electronically filed with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all registered CM/ECF participants, and by email to counsel for Defendants (by agreement to service by email).

                                                        */s/ Joseph L. Stanganelli*
                                                        Joseph. L. Stanganelli