UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABIOMED, INC. and ABIOMED EUROPE GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>ENMODES GmbH and TIM KAUFMANN,<br><br>Defendants. | Case No. 1:23-cv-10087 |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Abiomed Europe GmbH states that it is a wholly-owned subsidiary of Abiomed R&D, Inc., which is a wholly-owned subsidiary of Abiomed, Inc., whose parent corporation is Johnson & Johnson, a publicly held corporation, and no other publicly held corporation owns 10% or more of its stock.

Dated:  January 19, 2023

                                            Respectfully submitted,

                                            ABIOMED EUROPE GmbH,

                                            By its attorneys,

                                            */s/ Joseph L. Stanganelli*
                                            Joseph L. Stanganelli, BBO #628958
                                            Barclay Damon LLP
                                            160 Federal Street, Suite 1001
                                            Boston, Massachusetts 02110
                                            Tel: (617) 274-2900
                                            Fax: (617) 722-6003
                                            jstanganelli@barclaydamon.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on January 19, 2023, I caused a true and correct copy of the foregoing instrument, with all exhibits, to be electronically filed with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all registered CM/ECF participants, and by email to counsel for Defendants (by agreement to service by email).

                                                               */s/ Joseph L. Stanganelli*
                                                               Joseph. L. Stanganelli