UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABIOMED, INC. and ABIOMED EUROPE GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>ENMODES GmbH and TIM KAUFMANN,<br><br>Defendants. | Case No. 1:23-cv-10087 |

### NOTICE OF APPEARANCE *PRO HAC VICE* OF KEITH R. HUMMEL

Please take notice and enter the appearance *pro hac vice* of Keith R. Hummel of Cravath, Swaine & Moore LLP as co-counsel for the Plaintiffs Abiomed, Inc. and Abiomed Europe GmbH in the above-captioned matter.

Dated: January 25, 2023

*/s/ Keith R. Hummel*
Keith R. Hummel (*pro hac vice*)
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1772
Facsimile: (212) 474-3700
khummel@cravath.com

1

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on January 25, 2023, I caused a true and correct copy of the foregoing instrument, with all exhibits, to be electronically filed with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all registered CM/ECF participants, and by email to counsel for Defendants (by agreement to service by email).

                                                  */s/ Keith R. Hummel*
                                                    Keith R. Hummel