UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABIOMED, INC. and ABIOMED EUROPE GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>ENMODES GmbH and TIM KAUFMANN,<br><br>Defendants. | Case No. 1:23-cv-10087 |

### DEFENDANTS' MOTION TO DISMISS

Defendants Enmodes GmbH and Tim Kaufmann (collectively, "Defendants") respectfully move, through counsel, to dismiss Plaintiffs' Complaint (Dkt. 17-1) for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) and pursuant to the doctrine of *forum non conveniens*. In further support of this Motion, Defendants refer the Court to the accompanying Memorandum of Law and to the Declarations of Dr. Hans-Claudius Scheef, Dr. Tim Kaufmann, and Sascha Kuns (collectively, "Declarations"), filed concurrently herewith.

WHEREFORE, for the reasons discussed in Defendants' accompanying Memorandum of Law and supporting Declarations, Defendants respectfully request that the Court grant this Motion and dismiss the instant action. Defendants further request such other and further relief as the Court deems just and proper.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), oral argument may assist the court in the determination of this motion.

Dated: February 6, 2023.

Respectfully submitted,

Enmodes GmbH and Tim Kaufmann
By their attorneys,

 /s/ Carolyn E. Riggs
Carolyn E. Riggs, BBO# 685401
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Tel: (317) 236-2388
Fax: (317) 529-4860
carolyn.riggs@icemiller.com

Kenneth Sheehan (*pro hac vice*)
ICE MILLER LLP
200 Massachusetts Avenue NW, Suite 400
Washington, DC  20002
Tel: (202) 807-4008
Fax: (202) 807-4009
ken.sheehan@icemiller.com

Candice Reder (*pro hac vice*)
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH  43215
Tel: (614) 462-1117
Fax: (614) 222-3432
candice.reder@icemiller.com

**RULE 7.1(A)(2) CERTIFICATION**

I, Carolyn Riggs, hereby certify that on February 2, 2023, the parties met and conferred in a good faith effort to narrow or resolve the issues raised herein.

                                                */s/ Carolyn E. Riggs*
                                                Carolyn E. Riggs

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 6th day of February, 2023, I caused a true and correct copy of the foregoing to be filed electronically, with all exhibits, using the Court's CM/ECF system, which will send notification of such filing to all CM/ECF participants, and by e-mail to counsel for Plaintiffs (by agreement to service by email).

                                                */s/ Carolyn E. Riggs*
                                                Carolyn E. Riggs