**EXHIBIT A-6**

**To:** Tim Kaufmann[███████████]
**From:** Plano, Matt[███████████]
**Sent:** Wed 9/2/2020 2:06:27 PM (UTC-04:00)
**Subject:** Hello Tim

Hey Tim

This is Matt Plano from Abiomed. Many months ago I toured your facility with Thorsten. Perhaps you remember? I do. I was really impressed with your technology and the great culture you had with all the engineers on site.

Recently, I ve been asked to focus on ECMO to better help resolve and/or align with some of technical objectives. Also, I ve been asked to help generate a forward looking roadmap for ECMO. Would you be open to getting together once a week for 30 minutes?   Would be great to partner and move ECMO forward.

Let me know and we can schedule a time convenient to you.

Matt

CONFIDENTIALITY NOTICE: This email message and any attachments are confidential and are meant to be read by the intended recipient only. If you are not the intended recipient, please notify sender immediately and destroy all copies of this message and any attachments without reading or disclosing their contents. Thank you