**EXHIBIT B-6**

**Annex 15A.** Translated version of the German Trade..., 2 Trade Secrets...

Case 1:23-cv-10087-DJC   Document 21-14   Filed 02/06/23   Page 2 of 24

**2 Trade Secrets Throughout the World Appendix 15A**

**Trade Secrets Throughout the World** | November 2022 Update

**Chapter 15. Germany**
Heinz Goddar and Melanie Mueller [1]

**Appendices**

# Annex 15A. Translated version of the German Trade Secrets Act (Geschäftsgeheimnisschutzgesetz, short: GeschGehG)

| | |
|---|---|
| | Translated English Version [2] |
| | *Section 1 General* |
| | **§ 1 Scope of application** |
| | (1) This law serves to protect trade secrets against unauthorized obtainment, use and disclosure. |
| | (2) Public law provisions on the confidentiality, obtainment, use or disclosure of trade secrets shall take priority. |
| | (3) The following shall remain unaffected: |
| | 1. the protection under professional and criminal law of business secrets, the unauthorized disclosure of which is covered by Section |

Case 1:23-cv-10087-DJC   Document 21-14   Filed 02/06/23   Page 3 of 24

Annex 15A. Translated Version of the German Trade..., 2 Trade Secrets...

| | |
|---|---|
| | 203 of the German Criminal Code, |
| | 2. the exercise of the right to freedom of expression and information in accordance with the Charter of Fundamental Rights of the European Union ABl. C 202, 7.6.2016, p. 389), including respect for freedom and plurality of the media, |
| | 3. the autonomy of the social partners and their right to conclude collective agreements in accordance with existing European and national rules, |
| | 4. the rights and obligations arising from the employment relationship and the rights of employee representatives. |
| | **§ 2 Definitions** |
| | For the purposes of this Act is |
| | 1.Trade secret |
| | information |
| | a) which is not generally known or readily accessible, either in its entirety or in the precise arrangement and composition of its components, to persons in the circles that normally handle this type of information, and is therefore of economic value, and |
| | b) which is the subject of secrecy measures by its rightful owner that |

Annex 15A. Translated version of the German Trade..., 2 Trade Secrets...

Case 1:23-cv-10087-DJC   Document 21-14   Filed 02/06/23   Page 4 of 24

| | |
|---|---|
| | are reasonable under the circumstances, and |
| | c) for which there is a legitimate interest in secrecy; |
| | 2.Owner of a trade secret any natural or legal person who has lawful control over a trade secret; |
| | 3. Infringer any natural or legal person who, contrary to Section 4, unlawfully obtains, uses or discloses a trade secret; an infringer shall not be a person who can invoke an exception under Section 5; |
| | 4. Infringing product a product whose design, features, functionality, manufacturing process or marketing is based to a significant extent on a trade secret that has been unlawfully obtained, used or disclosed. |
| | **§ 3 Permitted acts** |
| | (1) A trade secret may be obtained in particular by |
| | 1. an independent discovery or creation; |
| | 2. an observation, examination, reverse engineering, or testing of a product or article that |
| | a) has been made publicly available; or |
| | b) is in the lawful possession of the person observing, |

Case 1:23-cv-10087-DJC  Document 21-14  Filed 02/06/23  Page 5 of 24

Annex 15A. Translated version of the German Trade..., 2 Trade Secrets...

| | |
|---|---|
| | examining, deconstructing, or testing, and that person is not subject to a trade secret obtainment restriction; |
| | 3. an exercise of information and consultation rights of employees or participation and co-determination rights of employee representatives. |
| | (2) A trade secret may be obtained, used or disclosed if this is permitted by law, on the basis of a law or by legal transaction. |
| | **§ 4 Prohibition of action** |
| | (1) A trade secret may not be obtained by |
| | 1. unauthorized access to, unauthorized appropriation of or unauthorized copying of documents, objects, materials, substances or electronic files which are subject to the lawful control of the owner of the trade secret and which contain the trade secret or from which the trade secret can be derived, or |
| | 2. any other conduct which, under the circumstances, does not comply with the principle of good faith, taking into account the honest market practice. |

Annex 15A. Translated Version of the German Trade..., 2 Trade Secrets...

Case 1:23-cv-10087-DJC   Document 21-14   Filed 02/06/23   Page 6 of 24

| | |
|---|---|
| | (2) A trade secret may not be used or disclosed by anyone who |
| | 1. obtained the trade secret by an own act according to paragraph 1 a) No. 1 or b) No.2. |
| | 2. violates an obligation to restrict the use of the trade secret, or |
| | 3. violates an obligation not to disclose the trade secret. |
| | (3) A trade secret may not be obtained, used or disclosed by a person who has obtained the trade secret through another person and who knows or should know at the time of obtaining, using or disclosing the trade secret that such person has used or disclosed the trade secret contrary to para. 2. This shall apply in particular if the use consists in manufacturing, offering, placing on the market or importing, exporting or storing for these purposes infringing products. |
| | **§ 5 Exemptions** |
| | The obtainment, use or disclosure of a trade secret shall not be subject to the prohibitions of Section 4 if this is done to protect a justified interest, in particular |

Case 1:23-cv-10087-DJC   Document 21-14   Filed 02/06/23   Page 7 of 24

Annex 15A. Translated version of the German Trade..., 2 Trade Secrets...

|  | 1. to exercise the right of freedom of expression and information, including respect for freedom and plurality of the media; |
|  | 2. to uncover an unlawful act or professional or other misconduct, if obtaining, using or disclosing it is likely to protect the general public interest; |
|  | 3. in the context of disclosure by employees to the employee representative body, if this is necessary for the employee representative body to perform its duties. |
|  | *Section 2* *Claims in the event of infringement* |
|  | **§ 6 Removal and injunction** |
|  | The owner of the trade secret may claim against the infringer for removal of the infringement and, if there is a risk of repetition, also for injunctive relief. The right to injunctive relief shall also exist if an infringement is threatened for the first time. |
|  | **§ 7 Destruction; surrender; recall; removal and withdrawal from the market** |
|  | The owner of the trade secret may also claim from the infringer for |
|  | 1. destruction or surrender of the |

Case 1:23-cv-10087-DJC   Document 21-14   Filed 02/06/23   Page 8 of 24

Annex 15A. Translated Version of the German Trade..., 2 Trade Secrets...

| | documents, objects, materials, substances or electronic files in the infringer's possession or ownership that contain or embody the trade secret, |
| --- | --- |
| | 2. recall of the infringing product, |
| | 3. permanent removal of the infringing product from the channels of distribution, |
| | 4. destruction of the infringing products, or |
| | 5. withdrawal of the infringing products from the market, if the protection of the trade secret is not impaired thereby. |
| | **§ 8 Information on infringing products; damages in the event of breach of the duty to provide information** |
| | (1) The owner of the trade secret may demand from the infringer information on the following: |
| | 1. name and address of the manufacturers, suppliers and other previous holders of the infringing products, as well as the commercial customers and points of sale for which they were intended, |
| | 2. the quantity of the infringing products manufactured, ordered, delivered or received, as well as the purchase prices, |

Case 1:23-cv-10087-DJC   Document 21-14   Filed 02/06/23   Page 9 of 24

Annex 15A. Translated version of the German Trade..., 2 Trade Secrets...

| | |
|---|---|
| | 3. those documents, items, materials, substances or electronic files in the infringer's possession or holdership that contain or embody the trade secret; and |
| | 4. the person from whom they obtained the trade secret and to whom they disclosed it. |
| | (2) If the infringer intentionally or through gross negligence fails to provide the information, or provides it late, incorrectly or incompletely, he shall be liable to compensate the owner of the trade secret for the resulting damage. |
| | **§ 9 Exclusion of claims in case of disproportionality** |
| | The claims under Sections 6 to 8 para. 1 shall be excluded if performance would lead to a disproportionality in the individual case, taking into account in particular |
| | 1. the value or other specific characteristic of the trade secret, |
| | 2. the confidentiality measures taken, |
| | 3. the conduct of the infringer in obtaining, using or disclosing the trade secret, |
| | 4. the consequences of the unlawful use |

Case 1:23-cv-10087-DJC   Document 21-14   Filed 02/06/23   Page 10 of 24

Annex 15A. Translated version of the German Trade..., 2 Trade Secrets...

| | |
|---|---|
| | or disclosure of the trade secret, |
| | 5. the legitimate interests of the owner of the trade secret and the infringer, and the effects that the fulfillment of the claims could have for both, |
| | 6. the legitimate interests of third parties, or |
| | 7. the public interest. |
| | **§ 10 Liability of the infringer** |
| | (1) An infringer who acts intentionally or negligently shall be obliged to compensate the owner of the trade secret for the resulting damage. Section 619a of the German Civil Code shall remain unaffected. |
| | (2) In assessing the damages, the profit made by the infringer as a result of the infringement of the right may also be taken into account. The claim for damages may also be determined on the basis of the amount which the infringer would have had to pay as reasonable remuneration if he had obtained the consent to obtain, use or disclose the trade secret. |
| | (3) The owner of the trade secret may also claim monetary compensation from the infringer on account of the damage which is not |

Case 1:23-cv-10087-DJC   Document 21-14   Filed 02/06/23   Page 11 of 24

Annex 15A. Translated version of the German Trade..., 2 Trade Secrets...

| | pecuniary damage, insofar as this is equitable. |
| --- | --- |
| | **§ 11 Severance pay in money** |
| | (1) An infringer who has acted neither intentionally nor negligently may, in order to avert the claims under Sections 6 or 7, compensate the owner of the trade secret in money if the infringer would suffer a disproportionately great disadvantage as a result of the fulfillment of the claims and if the compensation in money appears to be reasonable. |
| | (2) The amount of the monetary compensation shall be based on the remuneration that would be appropriate in the event of a contractual grant of the right of use. It may not exceed the amount corresponding to remuneration within the meaning of sentence 1 for the length of the period during which the owner of the trade secret is entitled to injunctive relief. |
| | **§ 12 Liability of the owner of an company** |
| | If the infringer is an employee or agent of a company, the owner of the trade secret shall also have the claims under sections 6 to |

Case 1:23-cv-10087-DJC   Document 21-14   Filed 02/06/23   Page 12 of 24

Annex 15A. Translated version of the German Trade..., 2 Trade Secrets...

| | |
|---|---|
| | 8 against the owner of the company. This shall only apply to the claim under Section 8 (2) if the owner of the enterprise has intentionally or through gross negligence failed to provide the information or provided it late, incorrectly or incompletely. |
| | **§ 13 Claim for surrender after the start of the limitation period** |
| | If the infringer has intentionally or negligently obtained, disclosed or used a trade secret and obtained something through this infringement of a trade secret at the expense of the owner of the trade secret, the infringer shall be obliged to surrender the trade secret in accordance with the provisions of the German Civil Code on the surrender of unjust enrichment even after the claim for damages has become time-barred pursuant to Section 10. This claim shall become time-barred six years after it arose. |
| | **§ 14 Prohibition of abuse** |
| | The assertion of claims under this Act shall be inadmissible if, taking into account all the circumstances, it is abusive. In the |

Annex 15A. Translated version of the German Trade..., 2 Trade Secrets...

Case 1:23-cv-10087-DJC  Document 21-14  Filed 02/06/23  Page 13 of 24

|  | event of abusive assertion of claims, the opposing party may demand reimbursement of the expenses necessary for its legal defense. Further claims for compensation shall remain unaffected. |
|  | ***Section 3 Proceedings in trade secret disputes*** |
|  | **§ 15 Subject matter and local jurisdiction; authorization to issue ordinances** |
|  | (1) The regional courts shall have exclusive jurisdiction, irrespective of the amount in dispute, over actions brought before the ordinary courts asserting claims under this Act. |
|  | (2) The court in whose district the defendant has his general place of jurisdiction shall have exclusive jurisdiction for actions under subsection para. 1. If the defendant has no general place of jurisdiction in Germany, only the court in whose district the act was committed shall have jurisdiction. |
|  | (3) The governments of the federal states shall be authorized to assign to a regional court, by statutory order, the actions referred to in para. 1 in the districts of several |

| | regional courts. The governments of the federal states may, by ordinance, delegate this power to the federal state judicial administrations. The federal states may also, by agreement, assign all or part of the actions under para. 1 for which the courts of one federal state are responsible to the competent court of another federal state. |
|---|---|
| | **§ 16 Confidentiality** |
| | (1) In actions by which claims under this Act are asserted (trade secret litigation), the court of the main procedure may, at the request of a party, classify disputed information as confidential, in whole or in part, if it may constitute a trade secret. |
| | (2) The parties, their litigants, witnesses, experts, other representatives and any other persons involved in trade secret litigation or having access to documents of such litigation shall keep confidential any information classified as secret and shall not use or disclose it outside of judicial proceedings unless they have gained knowledge of it outside of the proceedings. |
| | (3) If the court makes a decision pursuant to para. 1, third |

Annex 15A. Translated version of the German Trade..., 2 Trade Secrets...

Case 1:23-cv-10087-DJC   Document 21-14   Filed 02/06/23   Page 15 of 24

| | |
|---|---|
| | parties who have a right to inspect the file may only be provided with file contents in which the statements containing business secrets have been made unrecognizable. |
| | **§ 17 Means of order** |
| | At the request of a party, the court of the main action may impose a payment of an order of up to 100,000 euros or order imprisonment of up to six months for violations of the obligations under Section 16 para. 2 and enforce this immediately. When setting an administrative penalty, it shall be determined at the same time, in the event that it cannot be recovered, to what extent it shall be replaced by administrative imprisonment. The appeal against an administrative order imposed in accordance with sentence 1 shall have a suspensive effect. |
| | **§ 18 Secrecy after the conclusion of the proceedings** |
| | The obligations under Section 16 para. 2 shall remain in force even after the conclusion of the legal proceedings. This shall not apply if the court of the main action has denied the existence of the disputed trade secret by a |

Annex 15A. Translated version of the German Trade..., 2 Trade Secrets...

Case 1:23-cv-10087-DJC   Document 21-14   Filed 02/06/23   Page 16 of 24

| | |
|---|---|
| | final judgment or as soon as the disputed information becomes known or readily accessible to persons in the circles that usually handle such information. |
| | **§ 19 Further judicial restrictions** |
| | (1) In addition to Section 16 para. 1, in order to protect trade secrets, the court of the main proceedings shall, at the request of a party, limit access in whole or in part to a specified number of reliable persons |
| | 1. to documents filed or submitted by the parties or third parties which may contain business secrets; or |
| | 2. to the hearing at which business secrets may be disclosed and to the recording or transcript of the hearing. |
| | This shall only apply to the extent that, after weighing all the circumstances, the interest in secrecy outweighs the right of the parties to be heard, also taking into account their right to effective legal protection and a fair hearing. Access shall be granted to at least one natural person of each party and their legal representatives or other representatives. In all other respects, the court shall exercise its discretion |

Annex 15A. Translated version of the German Trade..., 2 Trade Secrets...

Case 1:23-cv-10087-DJC   Document 21-14   Filed 02/06/23   Page 17 of 24

| | |
|---|---|
| | to determine what orders are necessary to achieve the purpose. |
| | (2) If the court imposes restrictions under para. 1 s. 1, |
| | 1. the public may be excluded from the oral proceedings upon request; and |
| | 2. Section 16 para. 3 shall apply to persons not entitled to attend. |
| | (3) Sections 16 to 19 para. 1 and 2 shall apply accordingly in enforcement proceedings if the court in the main proceedings has classified information in accordance with Section 16 para. 1 as confidential or has imposed additional restrictions in accordance with para. 1 s. 1. |
| | **§ 20 Procedures for actions pursuant to §§ 16 to 19** |
| | (1) The court of the main proceeding may order a restriction under Section 16 para. 1 and Section 19 para. 1 as of the pendency of the action. |
| | (2) The other party shall be heard by the court at the latest after the measure has been ordered. The court may cancel or modify the measures after hearing the parties. |
| | (3) The party filing the motion under |

Case 1:23-cv-10087-DJC   Document 21-14   Filed 02/06/23   Page 18 of 24

Annex 15A. Translated version of the German Trade..., 2 Trade Secrets...

| | Section 16 para. 1 or Section 19 para. 1 shall establish to the satisfaction of the court that the information at issue is a trade secret. |
| --- | --- |
| | (4) If documents and other materials are filed or submitted with the request or after an order under § 16 para. 1 or an order under Section 19 para. 1, s. 1, No. 1, the party filing the request shall identify those statements which, according to its submissions, contain trade secrets. In the case of Section 19 para. 1 s. 1 No. 1, it must additionally submit a version without disclosure of trade secrets which may be inspected. If such a version reduced by the trade secrets is not submitted, the court may assume consent to inspection unless it is aware of special circumstances which do not justify such a presumption. |
| | (5) The court shall decide on the application by court order. If it grants the application, it shall inform the parties concerned of the effect of the order under Section 16 para. 2 and Section 18 and of the consequences of the infringement under Section 17. If the court intends to reject the application, it shall inform the party filing the application thereof and of the |

Annex 15A. Translated version of the German Trade..., 2 Trade Secrets...

Case 1:23-cv-10087-DJC   Document 21-14   Filed 02/06/23   Page 19 of 24

| | reasons therefor and shall give it the opportunity to comment within a period to be specified. The classification as confidential under Section 16 para. 1 and the order of restriction under Section 19 para. 1 may be appealed only together with the appeal on the merits. In all other respects, the immediate appeal shall take place. |
| --- | --- |
| | (6) The court of the main proceeding within the meaning of this section shall be |
| | 1. the court of first instance or |
| | 2. the court of appeal if the main proceeding is pending in the court of appeal. |
| | **§ 21 Publication of the judgement** |
| | (1) The succeeding party in a trade secret dispute may, upon request, be granted the authority in the judgment formula to make the judgment or information about the judgment publicly known at the expense of the losing party if the succeeding party demonstrates a legitimate interest in doing so. The form and scope of the public announcement shall be determined in the judgment formula, taking into account the |

Annex 15A. Translated version of the German Trade..., 2 Trade Secrets...

Case 1:23-cv-10087-DJC   Document 21-14   Filed 02/06/23   Page 20 of 24

| | legitimate interests of the persons mentioned in the judgment. |
|---|---|
| | (2) Decisions on public announcement pursuant to para. 1 s. 1 shall take into account in particular: |
| | 1. the value of the trade secret, |
| | 2. the conduct of the infringer in obtaining, using or disclosing the trade secret, |
| | 3. the consequences of the unlawful use or disclosure of the trade secret; and |
| | 4. the probability of further unlawful use or disclosure of the trade secret by the infringer. |
| | (3) The judgment may not be published until it has become final, unless the court determines otherwise. |
| | **§ 22 Litigation value hardship provision** |
| | (1) If, in trade secrets litigation, a party credibly demonstrates that the burden of legal costs according to the full amount in dispute would significantly jeopardize its economic situation, the court may, upon its request, order that the obligation of such party to pay legal costs be calculated according to that part of the amount in dispute which is appropriate |

Annex 15A. Translated version of the German Trade..., 2 Trade Secrets...

Case 1:23-cv-10087-DJC   Document 21-14   Filed 02/06/23   Page 21 of 24

| | to its economic situation. |
|---|---|
| | (2) The order referred to in para. 1 shall also have the effect that. |
| | 1. the benefiting party shall also pay the fees of its attorney only according to that part of the amount in dispute, |
| | 2. the benefiting party, insofar as costs of the legal dispute are imposed on him or insofar as he bears them, shall reimburse the court fees paid by the opposite party and the fees of his lawyer only according to this part of the amount in dispute, and |
| | 3. the lawyer of the benefiting party may recover his fees from the opponent according to the amount in dispute applicable to the latter, insofar as the out-of-court costs are imposed on or borne by the opposing party. |
| | (3) The application referred to in para. 1 shall be filed prior to the hearing of the case. Thereafter, it shall be admissible only if the value in dispute accepted or determined is increased by the court. The request may be stated in writing before the court registry. The opposing party shall be heard prior to |

Annex 15A. Translated version of the German Trade..., 2 Trade Secrets...

Case 1:23-cv-10087-DJC   Document 21-14   Filed 02/06/23   Page 22 of 24

| | the decision on the application. |
| | ***Section 4*** <br> ***Penalty provisions*** |
| | **§ 23 Violation of trade secrets** |
| | (1) Anyone who, with the intention of promoting his own or another's competition, for his own benefit, for the benefit of a third party or with the intention of damaging the owner of an undertaking, shall be liable to imprisonment not exceeding three years or to a fine if he, |
| | 1. obtains a trade secret in contravention of Section 4 para. 1 No. 1, |
| | 2. uses or discloses a trade secret in contravention of Section 4 para. 2 No. 1 letter a), or |
| | 3. contrary to Section 4 para. 2 No. 3, as a person employed by a company, discloses a trade secret which has been entrusted to him or has become accessible to him within the framework of the employment relationship, during the period of validity of the employment relationship. |
| | (2) Anyone who, in order to promote his own or another's competition, for his own benefit, for the benefit of a third party or with the intention of causing damage to the owner |

Annex 15A. Translated version of the German Trade..., 2 Trade Secrets...

Case 1:23-cv-10087-DJC   Document 21-14   Filed 02/06/23   Page 23 of 24

| | of an enterprise, uses or discloses a trade secret which he has obtained through an act of another in accordance with para. 1 No. 2 or No. 3 shall also be punished. |
|---|---|
| | (3) A penalty of up to two years' imprisonment or a fine shall be imposed on anyone who, in order to promote his own or another person's competition or for personal benefit, uses or discloses a trade secret which is a secret document or rule of a technical nature entrusted to him in the course of business, contrary to Section 4 para. 2 No. 2 or No. 3. |
| | (4) With imprisonment for a term not exceeding five years or by a fine shall be punished anyone who |
| | 1. acts commercially in the cases of paragraph 1 or paragraph 2, |
| | 2. in the cases of para. 1 No. 2 or No. 3 or para. 2, knows at the time of disclosure that the trade secret is to be used abroad, or |
| | 3. in the cases of para 1 No. 2 or of para. 2, uses the trade secret abroad. |
| | (5) The attempt shall be punishable. |
| | (6) Aiding and abetting acts of a |

Annex 15A. Translated version of the German Trade..., 2 Trade Secrets...

Case 1:23-cv-10087-DJC   Document 21-14   Filed 02/06/23   Page 24 of 24

| | |
|---|---|
| | person referred to in Section 53, para. 1, sentence 1, No. 5 of the Code of Criminal Procedure shall not be unlawful if they are limited to receiving, evaluating or publishing the trade secret. |
| | (7) Section 5 No. 7 of the Criminal Code shall apply analogously. Sections 30 and 31 of the Criminal Code shall apply analogously if the perpetrator acts to promote his own or another's competition or for his own benefit. |
| | (8) The offence shall be prosecuted only upon application, unless the prosecuting authority deems it necessary to intervene ex officio because of the special public interest in the prosecution. |

Westlaw. © 2022 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

**Footnotes**

1       Chapters § 15:1 and §§ 15:30 to 15:32 are based on the previous Ed. of Michael Knospe's Chapter 15 in Trade Secrets Throughout the World.

1       Gesetz zum Schutz von Geschäftsgeheimnissen from April 18, 2019 (BGBl. I S. 466), https://www.gesetze-im-internet.de/geschgehg/BJNR046610019.html.

2       This is a free translation by the authors, which does not guarantee any claims to completeness and correctness.

**End of Document**                    © 2023 Thomson Reuters. No claim to original U.S. Government Works.