**EXHIBIT B-8**

| Commercial Register B of the Aachen | | | Imprint Retrieval from 10.01.2023 15:07 | | Company number: Page 1 | HRB |
|---|---|---|---|---|---|---|
| Registration number | a) Company<br>b) Registered office, branch office, domestic business address, person authorized to receive, branches<br>c) The object of the company | Share capital or share capital | a) General representation regulation<br>b) Executive Board, Management Body, Managing Directors, General Partner, Managing Director, Authorized Representatives and Special Power of Representation | Procuration | a) Legal form, commencement, articles of association or partnership agreement<br>b) Other legal relationships | a) Date of registration<br>b) Comments |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | a)<br>Impella CardioSystems GmbH<br><br>b)<br>Aachen<br><br>c)<br>The object of the company is the research and development, manufacture, sale and marketing of medical products and medical devices, in particular for cardiac and circulatory support, as well as consulting in related business areas.<br>The manufacture of therapeutics and diagnostics for the purpose of distribution to others is excluded, insofar as these are to be qualified as medicinal products within the meaning of the German Medicinal Products Act. The Company may establish branches and/or subsidiaries in Germany and abroad, and enter into equity investments. | 1.292.150,00 EUR | a)<br>If only one managing director has been appointed, he shall represent the company alone. If several managing directors have been appointed, the company shall be represented by two managing directors or by one managing director together with an authorized signatory.<br><br>b) Managing Director:<br>Jimenez, Javier, Newbury/ U.S.A., *04.05.1965<br>Managing Director:<br>Menzler, Frank, Maastricht/Netherlands, *06.09.1968<br>Managing Director:<br>Dr. Sieß, Thorsten, Würselen, *04.08.1965 | | a)<br>Limited liability company Articles of association dated 24.05.2005<br><br>b)<br>Created by conversion by way of change of legal form of Impella CardioSystems AG, Aachen (AG Aachen HRB 11786) in accordance with the resolution of the Annual General Meeting of May 24, 2005. | a)<br>10.06.2005<br>Bischoff<br><br>b)<br>Resolution Sheet 72 ff Special Volume III HRB 11786<br>Articles of association sheet 92 ff Special volume III HRB 11786 |
| 2 | c)<br>Entered as corrected ex officio: The object of the company is the research and development, manufacture, sale and marketing of medical products and medical devices, in particular for cardiac and circulatory support, as well as consulting in related business areas.<br>The manufacture of therapeutics and diagnostics for the purpose of distribution to others is excluded, insofar as these are to be qualified as medicinal products within the meaning of the German Medicinal Products Act. The Company may establish branches and/or subsidiaries in Germany and abroad and enter into participations. | | | | | a)<br>01.07.2005<br>Bischoff |

| Commercial Register B of the Aachen | | | | Imprint<br>Retrieval from 10.01.2023 15:07 | Company<br>number: Page 2 | **HRB** |
|---|---|---|---|---|---|---|
| Registration number | d) Company<br>e) Registered office, branch office, domestic business address, person authorized to receive, branches<br>a) The object of the company | Share capital or share capital | c) General representation regulation<br>a) Executive Board, Management Body, Managing Directors, General Partner, Managing Director, Authorized Representatives and Special Power of Representation | Procuration | c) Legal form, commencement, articles of association or partnership agreement<br>a) Other legal relationships | c) Date of registration<br>a) Comments |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 3 | | | b)<br>No longer<br>Managing<br>Director:<br>Menzler, Frank, Maastricht/Netherlands, *06.09.1968 | .<br>Joint procuration together with a managing director or another authorized signatory:<br>Dahlmann, Andreas, Bad Breisig, *17.08.1962 | | a)<br>08.08.2005<br>Gordalla |
| 4 | | | b)<br>Appointed as<br>Managing<br>Director:<br>Michels, Dirk Gerhard, Düsseldorf, *16.10.1968 | | | a)<br>26.09.2005<br>Construction |
| 5 | | | | Procuration lapsed:<br>Dahlmann, Andreas, Bad Breisig, *17.08.1962<br><br>.<br>Joint procuration together with a managing director or another authorized signatory:<br>Geffers, Rita, Kerpen, *02.01.1964 | | a)<br>20.06.2006<br>Construction |
| 6 | a)<br>Abiomed Europe GmbH | | | | a)<br>The shareholders' meeting of June 22, 2006 resolved to amend the articles of association in § 1 (1) (company name) and thereby to change the company name. | a)<br>12.07.2006<br>Bischoff<br><br>b)<br>Resolution and contract p. 19 ff SoBd. |
| 7 | | | | .<br>Joint procuration together with a managing director or another authorized signatory:<br>Maseizik, Rolf, Kleinmachnow, *26.08.1955 | | a)<br>30.11.2006<br>Construction |
| 8 | | | | | a)<br>The shareholders' meeting of June 22, 2006 resolved to amend Article 3 (2) (Duration of the Company and Fiscal Year) of the Articles of Association. | a)<br>05.01.2007<br>Bischoff<br><br>b)<br>Contract p. 39 ff SoBd. |

| Commercial Register B of the Aachen | | | Imprint<br>Retrieval from 10.01.2023 15:07 | | Company<br>number: Page 3 | | HRB |
|---|---|---|---|---|---|---|---|
| 9 | | | b)<br>No more | | | | a)<br>13.02.2007 |

| Registration number | f) Company<br>g) Registered office, branch office, domestic business address, person authorized to receive, branches<br>a) The object of the company | Share capital or share capital | d) General representation regulation<br>a) Executive Board, Management Body, Managing Directors, General Partner, Managing Director, Authorized Representatives and Special Power of Representation | Procuration | d) Legal form, commencement, articles of association or partnership agreement<br>a) Other legal relationships | d) Date of registration<br>a) Comments |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| | | | Managing Director:<br>Jimenez, Javier, Newbury/ U.S.A., *04.05.1965 | | | Construction |
| 10 | | | b)<br>Appointed as Managing Director:<br>Krell, Paul Gerd, Bonn, *17.05.1964 | | | a)<br>28.06.2007<br>Gordalla |
| 11 | | | b)<br>No longer Managing Director:<br>Krell, Paul Gerd, Bonn, *17.05.1964 | | | a)<br>23.06.2008<br>Küppers |
| 12 | b)<br>Pursuant to § 3 EGGmbHG supplemented ex officio as<br>Business address:<br>Neuenhofer Weg 3, 52074 Aachen | | | | | a)<br>13.04.2010<br>Wölfing |
| 13 | | | b)<br>changed, now managing director:<br>Dr. Sieß, Thorsten, Würselen, *04.08.1965 with the authority to conclude legal transactions on behalf of the company with itself as the representative of a third party.<br><br>changed, now managing director:<br>Michels, Dirk Gerhard, Düsseldorf, *16.10.1968 with the authority to conclude legal transactions on behalf of the company with himself as a representative of a third party. | Procuration changed, now:<br>Joint procuration together with a managing director or another authorized signatory with the power to conclude legal transactions in the name of the company with himself as a representative of a third party:<br>Geffers, Rita, Kerpen, *02.01.1964<br>Maseizik, Rolf, Kleinmachnow, *26.08.1955 | | a)<br>28.07.2014<br>Schlüter |

| Commercial Register B of the Aachen | | | | Imprint<br>Retrieval from 10.01.2023 15:07 | Company<br>number: Page 4 | **HRB** |
|---|---|---|---|---|---|---|
| 14 | | | | Procuration lapsed:<br>Maseizik, Rolf, Kleinmachnow, *26.08.1955 | | a)<br>08.07.2015<br>Schlüter |
| 15 | | | | Joint procuration together with a managing director or another authorized signatory | | a)<br>17.10.2017<br>Schlüter |

| Registration number | h) Company<br>i) Registered office, branch office, domestic business address, person authorized to receive, branches<br>a) The object of the company | Share capital or share capital | e) General representation regulation<br>a) Executive Board, Management Body, Managing Directors, General Partner, Managing Director, Authorized Representatives and Special Power of Representation | Procuration | e) Legal form, commencement, articles of association or partnership agreement<br>a) Other legal relationships | e) Date of registration<br>a) Comments |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| | | | | with the authority to conclude legal transactions on behalf of the Company with itself as the representative of a third party:<br>McDonald, Paula, Senlis/France, *06.04.1968 | | |
| 16 | | | | Procuration lapsed:<br>Geffers, Rita, Kerpen, *02.01.1964<br><br>Joint procuration together with a managing director or another authorized signatory with the power to conclude legal transactions in the name of the company with himself as a representative of a third party:<br>Harms, Claudia, Merzenich, *25.03.1974 | | a)<br>03.08.2018<br>Schlüter |