**EXHIBIT C-3**

## LISTE DER GESELLSCHAFTER
### der
### ECP Entwicklungsgesellschaft mbH
### (Amtsgericht Charlottenburg, HRB 107164)

| Gesellschafter | Sitz | Geschäftsanteile Nr. | Nennbetrag (EUR) | Veränderungen |
|---|---|---|---|---|
| Abiomed Europe GmbH | Aachen (AG Aachen HRB 13059) | 1 | 100.000,00 | Erworben aufgrund Kauf- und Abtretungsvertrag vom 01.07.2014 (UR-Nr. 522/2014 des Notars Dr. Oliver Habighorst, Frankfurt am Main) |
| Total | | | 100.000,00 | |

### Bescheinigung gemäß § 40 Abs. 2 GmbHG

Ich bescheinige hiermit, dass die geänderten Eintragungen in der vorstehenden Gesellschafterliste den Veränderungen entsprechen, an denen ich als Notar gemäß Urkunde vom 1. Juli 2014 (UR Nr. 522/2014) mitgewirkt habe, und dass die übrigen Eintragungen mit dem Inhalt der zuletzt im Handelsregister aufgenommenen Liste übereinstimmen.

Frankfurt am Main, den 1. Juli 2014

Dr. Oliver Habighorst
Notar

FRANKFURT 2262240

Frankfurt am Main, den 03.07.2014

Hiermit beglaubige ich die Übereinstimmung, der in dieser Datei enthaltenen Bilddaten (Abschrift) mit dem mir vorliegenden Papierdokument (Urschrift).

Dr. Oliver Habighorst
Notar