UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABIOMED, INC. and ABIOMED EUROPE GmbH,<br><br>                Plaintiffs,<br><br>v.<br><br>ENMODES GmbH and TIM KAUFMANN,<br><br>                Defendants. | **Case No. 1:23-cv-10087** |

**DEFENDANTS' ASSENTED TO MOTION TO IMPOUND PORTIONS OF DOCUMENTS FILED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Defendants Enmodes GmbH and Tim Kaufmann (collectively, "Defendants"), through counsel, and pursuant to Rule 7.2 of the Local Rules of the United States District Court for the District of Massachusetts, hereby move to impound portions of the documents filed in support of Defendants' Motion to Dismiss.  Defendants move that these documents be impounded until further order of the Court. Counsel for Plaintiffs were contacted with respect to this Motion to Impound and indicated that Plaintiffs assent to this Motion.

Plaintiffs filed their Complaint under impoundment after receiving leave to do so.  Dkt. 2-2.  In Plaintiffs' Ex Parte Motion to Impound Portions of Plaintiffs' Complaint, Plaintiffs requested impoundment to protect their allegedly confidential business information.  As Defendants refer to information in the Complaint that is the subject of Plaintiffs' requested impoundment, Defendants seek leave here to file portions of documents filed in support of Defendants' Motion to Dismiss under impoundment to conform with Plaintiffs' requests. If this Motion to Impound is granted, Defendants will file unredacted copies of its Motion to Dismiss and supporting papers under seal,

1

will serve unredacted copies on Plaintiffs, and will provide an unredacted courtesy copy to the Court.

The impoundment order can be lifted by further order of the Court or upon return of the materials to the parties at the close of the case.

WHEREFORE, Defendants respectfully request leave to file portions of the Memorandum of Law in support of Defendants' Motion to Dismiss, and the Declarations of Dr. Hans-Claudius Scheef, Dr. Tim Kaufmann, and Sascha Kuns under impoundment.

Dated: February 6, 2023.

Respectfully submitted,

Enmodes GmbH and Tim Kaufmann
By their attorneys,

 /s/ Carolyn E. Riggs
Carolyn E. Riggs, BBO# 685401
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Tel: (317) 236-2388
Fax: (317) 529-4860
carolyn.riggs@icemiller.com

Kenneth Sheehan (*pro hac vice*)
ICE MILLER LLP
200 Massachusetts Avenue NW, Suite 400
Washington, DC  20002
Tel: (202) 807-4008
Fax: (202) 807-4009
ken.sheehan@icemiller.com

Candice Reder (*pro hac vice*)
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH  43215
Tel: (614) 462-1117
Fax: (614) 222-3432
candice.reder@icemiller.com

**RULE 7.1(A)(2) CERTIFICATION**

I, Carolyn Riggs, hereby certify that on February 6, 2023, the parties conferred in a good faith effort to narrow or resolve the issues raised herein.

>  /s/ Carolyn E. Riggs
> Carolyn E. Riggs

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 6th day of February, 2023, I caused a true and correct copy of the foregoing to be filed electronically, with all exhibits, using the Court's CM/ECF system, which will send notification of such filing to all CM/ECF participants, and by e-mail to counsel for Plaintiffs (by agreement to service by email).

>  /s/ Carolyn E. Riggs
> Carolyn E. Riggs