UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ABIOMED, INC. and ABIOMED EUROPE GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> ENMODES GmbH and TIM KAUFMANN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 1:23-cv-10087 |

**PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs Abiomed, Inc. and Abiomed Europe GmbH ("Plaintiffs"), through counsel, move for an order extending Plaintiffs' deadline to respond to Defendants' Motion to Dismiss (ECF No. 20) to and including March 15, 2023. As grounds for this assented-to Motion, Plaintiffs state:

1. On February 6, 2023, Defendants filed a Motion to Dismiss (ECF No. 20) and accompanying Memorandum of Law with Exhibits (ECF No. 21).

2. On February 13, 2023, Plaintiffs obtained, through Defendants' counsel, Defendants' agreement to extend the deadline for Plaintiffs to respond to Defendants' Motion to Dismiss to and including March 15, 2023.

3. Plaintiffs believe there is good cause under Fed. R. Civ. P. 6(b) to support this request for an extended deadline. To respond to Defendants' Motion fully, it is necessary for Plaintiffs to confer with parties in the United States and abroad. In parallel, Plaintiffs may also engage in discussions with Defendants about alternative dispute resolution.

1

WHEREFORE, Plaintiffs Abiomed, Inc. and Abiomed Europe GmbH respectfully request that this Court allow this assented-to Motion and issue an order reflecting the extension of Plaintiffs' deadline to respond to Defendants' Motion to Dismiss to and including March 15, 2023.

Respectfully submitted,

Dated: February 14, 2023

/s/ Keith R. Hummel
Keith R. Hummel

Keith R. Hummel (*pro hac vice*)
Benjamin Gruenstein (*pro hac vice*)
Retley G. Locke, Jr. (BBO# 708855)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
T:  (212) 474-1000
F:  (212) 474-3700
khummel@cravath.com
bgruenstein@cravath.com
rlocke@cravath.com

Joseph L. Stanganelli (BBO# 628958)
BARCLAY DAMON LLP
160 Federal Street, Suite 1001
Boston, MA 02110
jstanganelli@barclaydamon.com

*Attorneys for Plaintiffs Abiomed, Inc. and Abiomed Europe GmbH*

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned certifies that he conferred with counsel for Defendants, Carolyn Riggs, prior to filing this motion, and obtained Defendants' assent.

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on February 14, 2023, I caused a true and correct copy of the foregoing instrument to be electronically filed with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all registered CM/ECF participants, and by email to counsel for Defendants (by agreement to service by email).

*/s/ Keith R. Hummel*
Keith R. Hummel