UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABIOMED, INC. and ABIOMED EUROPE GmbH,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ENMODES GmbH and TIM KAUFMANN,<br><br>　　　　　Defendants. | Case No. 1:23-cv-10087 |

### DECLARATION OF RECHTSANWALT PROF. DR. CHRISTIAN CZYCHOWSKI, GERMAN ATTORNEY AT LAW IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Christian Czychowski, declare as follows:

1. I am a German attorney and partner at Nordemann Czychowski & Partner Rechtsanwältinnen und Rechtsanwälte mdB ("Nordemann"), a German law firm. My firm has been engaged to represent Abiomed Europe GmbH ("Abiomed Europe") in certain proceedings involving Enmodes GmbH ("Enmodes") and Tim Kaufmann.

2. I respectfully submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.

3. I have been asked to provide background information relevant to certain ongoing legal proceedings in Germany, to which Abiomed Europe is a party.

4. My native language is German. I have reasonable fluency in English.

5. I have personal knowledge of the facts set forth in this declaration. If called upon as a witness in this case, I could and would testify competently thereto.

1

6.  Abiomed Europe is currently involved in the following two matters, currently only one of them in front of a German court.

**The Inspection Motion**

7.  The first such matter (the "Inspection Motion") is an application for a combined independent evidentiary proceeding and preliminary injunction, pursuant to the so-called "Düsseldorf inspection practice". The purpose of this matter is to preserve evidence, and to obtain access to documents and other items (*e.g.*, electronic storage media) that may prove that Enmodes and Kaufmann misappropriated trade secrets.

8.  The Inspection Motion is not civil litigation concerning the infringement of trade secrets in the sense that it will not provide Abiomed Europe or Abiomed, Inc. with any civil redress for any wrongs Enmodes or Kaufmann committed against them. Its purpose is to help Abiomed GmbH preserve and access evidence for investigative purposes which could be used as evidence before courts in later infringement proceedings.

9.  The Inspection Motion itself, as translated by an Enmodes employee, confirms that this is the case. (*See* ECF No. 21-9 at 4 ("At the request of the Plaintiff, ***since litigation concerning the infringement of its trade secrets is not yet pending*** . . . .") (emphasis added).)

**The Criminal Complaint**

10. The second matter is a criminal complaint, which was submitted to the Public Prosecutor's Office in Aachen. A true and correct copy of a machine translation of the criminal complaint to English is attached as Exhibit A-1 hereto.

11. The purpose of the criminal complaint is to engage the criminal authorities to investigate and discover further facts on Kaufmann's possible violation of German trade secret laws, which can be a criminal offense under German Law. An inspection claim as asserted under

2

the Inspection Motion is different from a criminal investigation by the law enforcement authorities.

12. The criminal complaint will not directly provide Abiomed Europe or Abiomed, Inc. with any civil redress for any wrongs that Enmodes and/or Kaufmann committed against them. Its sole purpose is to provide law enforcement with information about a potentially chargeable crime and engage them in investigative measures to discover further facts on the case.

\* \* \*

13. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 14, 2023

_____
Christian Czychowski