UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABIOMED, INC. and ABIOMED EUROPE GmbH,<br><br>    Plaintiffs,<br><br>  v.<br><br>ENMODES GmbH and TIM KAUFMANN,<br><br>    Defendants. | Case No. 1:23-cv-10087<br><br>REDACTED - PUBLIC VERSION |

**DECLARATION OF MARC BEGAN IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Marc A. Began, declare as follows:

1. I was Executive Vice President and General Counsel at Abiomed, Inc. from June 2018 to December 2022.

2. I respectfully submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.

3. I have personal knowledge of the facts set forth in this declaration. If called upon as a witness in this case, I could and would testify competently thereto.

4. Abiomed, Inc. is a corporation organized under the laws of Delaware with its usual place of business at 22 Cherry Hill Drive, Danvers, MA 01923.

5. Abiomed Europe GmbH ("Abiomed Europe") is a limited liability company organized under the laws of Germany with its usual place of business at Neuenhofer Weg 3, 52074 Aachen, Germany.

6. Abiomed Europe is a wholly-owned subsidiary of Abiomed R&D, Inc., which is a wholly owned subsidiary of Abiomed, Inc.

7. Abiomed, Inc. and Abiomed Europe are joint owners of trade secrets and know-how developed in the course of work on the Impella ECP project.

8. Abiomed, Inc.'s Danvers, Massachusetts headquarters is the center of Abiomed's operations.

9. During my tenure as Abiomed, Inc.'s general counsel, my responsibilities included contract negotiations for Abiomed, Inc. and for all of its subsidiaries. These negotiations were conducted from the Abiomed headquarters.

10. On behalf of Abiomed, I negotiated ████████████████████████████ ███████████████████████████████, the CSA and the SOW.

11. Each of these agreements was negotiated with and ultimately approved by Abiomed representatives located in the United States.

12. In the course of negotiating those agreements, I communicated with Tim Kaufmann, as a representative of Enmodes, regularly. Those negotiations were conducted remotely, by email, telephone, and videoconference, and in-person.

13. As part of his and Enmodes' efforts to solicit business from Abiomed, Inc., Tim Kaufmann visited Abiomed, Inc.'s Danvers headquarters for an in-person meeting with me and other Abiomed representatives.

14. During the negotiation of the CSA, Tim Kaufmann represented to me that Enmodes would not provide service for another catheter-based pump company. Attached as Exhibit B-1 is a true and correct copy of a May 13, 2020 email from Tim Kaufmann containing one such representation.

15. Over the course of negotiating the CSA, Kaufmann indicated to me that he wanted to partner with Abiomed. Kaufmann repeatedly asked Abiomed about the status of the contract drafts, and pressed Abiomed to finalize and execute the agreement.

16. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 8, 2023

_____
Marc A. Began