# Exhibit B-1

,

**From:** Tim Kaufmann <kaufmann@enmodes.de>
**Sent:** Wednesday, May 13, 2020 9:03 AM
**To:** Began, Marc <mbegan@abiomed.com>
**Cc:** Siess, Thorsten <tsiess@abiomed.com>; Mueller-Hillebrand, Wolf <whillebrand@abiomed.com>; Sascha Kuns <kuns@enmodes.de>
**Subject:** <EXT> AW: ABIOMED-ENMODES AGREEMENT

Hi all,

I wanted to get back to you as a follow-up to last week's call. There are to my understanding two key points that were still open, a) Breeth details and b) extension of the non-compete clause.

First regarding the non-compete:
The reason why we were quite frankly surprised with this was not because of the clause itself, but because of the timing. Simply because we already had agreed on something else and this came back without any explanation and at a stage when we were past negotiations. That being said, it is anyway not our intention to provide service for another catheter-based pump company. That's not who we are and that is not what our work ethic is. We are with Abiomed on this. We commit to this

partnership and we understand your need to protect yourself. Hence, we do not have an issue with the clause itself (except for the personnel extension part for legal reasons in Germany, as I said) and we agree to add this two years non-compete period for catheter-based pumps. I think it is common that there should be some sort of compensation for that and that this clause should also not be valid if Abiomed decides to terminate the collaboration early, but that are details which we can surely work out. For this, please see also my comments on the termination clauses in general. That's quite important given the commitment we give to this collaboration. So in summary, we are fully committed to this and we have no problem to also sign such a clause.

Regarding Breeth:
We are actually very happy to be part of this and we look forward to it. It will be important for us to understand the scope of our work for Breeth in order to determine the resources we'll need. Probably we can schedule a call to discuss some basic ideas on what input is required from our side. We are happy and ready to take a leadership role on this, if that's what you are looking for. If you are more looking at Enmodes in a supportive role as a consultancy, this can also be discussed. We prefer the leadership role, but we're open to both.

Overall, I am very confident that the major pain points can be dealt with and that we can move forward quickly. Thanks for the open and straight discussions, I really appreciate that and I hope you do not mind that I will always be direct and transparent in all these discussion. I am sure that we'll find some more details to discuss and I guess we need another call for those high-level points.

Let's try to find time as soon as possible, since we all have quite busy schedules and we actually want to get something done and get this going.

Looking forward to hearing from you,

BR
Tim


Dr. Tim A.S. Kaufmann              enmodes GmbH
Chief Executive Officer            Wilhelmstraße 38
kaufmann@enmodes.de                52070 Aachen
+49 (0)241 41251071                Germany

www.enmodes.de – engineering, modeling, design

This message may contain privileged and confidential information intended only for the use of the addressee named above. If you are not the intended recipient of this message you are hereby notified that any use, dissemination, distribution or reproduction of this message is prohibited. If you have received this message in error please notify the sender immediately.