UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ABIOMED, INC. and ABIOMED EUROPE GmbH, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | Case No. 1:23-cv-10087 |
| ENMODES GmbH and TIM KAUFMANN, | | |
| Defendants. | | |

**<u>PLAINTIFFS' ASSENTED-TO MOTION TO IMPOUND PORTIONS OF DOCUMENTS</u>**

Pursuant to Local Rule 7.2 of the District of Massachusetts, Plaintiffs Abiomed, Inc. and Abiomed Europe GmbH (collectively, "Abiomed") hereby move for leave to file under seal, and to have impounded, portions of Abiomed's Opposition to Defendant's Motion to Dismiss ("Opposition") and the Declaration of Marc Began ("Began Declaration") and Exhibit A-1, submitted in Support Thereof.  Abiomed respectfully requests that the redacted portions of these documents be impounded until further order of the Court.  In support of this motion, Abiomed states the following:

1. Abiomed is filing the public, redacted versions of its Opposition, the Began Declaration, and Exhibit A-1 contemporaneously with this motion.  The Opposition, the Began Declaration, and Exhibit A-1 reference information from agreements with provisions which prohibit public disclosure of the parties' agreements and/or the terms of the parties' agreements, and/or discuss confidential Abiomed trade secrets.

2. Abiomed sought and obtained permission to impound portions of the Complaint discussing this confidential information. The Opposition, Began Declaration and Exhibit A-1 reference those impounded portions of Abiomed's Complaint.

3. The parties have met and conferred, and Abiomed has obtained Defendants' assent to this motion.

4. If this Motion to Impound is granted, Abiomed will file unredacted copies of the Opposition, Began Declaration and Exhibit A-1 under seal, will serve unredacted copies on Defendants' counsel, and will provide an unredacted courtesy copy to the Court.

5. Abiomed requests that the impounded material remain under seal until further order of the Court or until return of impounded materials to the parties at the conclusion of the case.

WHEREFORE, Plaintiffs Abiomed, Inc. and Abiomed Europe GmbH respectfully request that this Court allow their Assented-To Motion to Impound Portions of Documents, and order that the portions of the documents shall be impounded pending further order of the Court.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | ABIOMED INC. and |
| Dated: March 15, 2023 | ABIOMED EUROPE GmbH, |
|  | By their attorneys, |

/s/ *Keith R. Hummel*
Keith R. Hummel

Keith R. Hummel
Benjamin Gruenstein
Retley G. Locke, Jr. (BBO# 708855)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
T: (212) 474-1000
F: (212) 474-3700
khummel@cravath.com
bgruenstein@cravath.com
rlocke@cravath.com

Joseph L. Stanganelli (BBO# 628958)
BARCLAY DAMON LLP
160 Federal Street, Suite 1001
Boston, MA 02110
T: (617) 274-2900
jstanganelli@barclaydamon.com

*Attorneys for Plaintiffs Abiomed, Inc. and Abiomed Europe GmbH*

**Certificate of Service**

I, the undersigned, hereby certify that on March 15, 2023 I caused a true and correct copy of the foregoing instrument, with all exhibits, to be electronically filed with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all registered CM/ECF participants, and by email to counsel for Defendants (by agreement to service by email).

*/s/ Keith R. Hummel*
Keith R. Hummel

**L.R. 7.1Certification**

I certify that, pursuant to Local Rule 7.1(a)(2), counsel for the parties conferred by telephone, and Plaintiffs obtained Defendants' assent to this motion.

*/s/ Keith R. Hummel*
Keith R. Hummel